IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00561-LTB-KLM

KIRK A. MARSHALL,

    Plaintiff,

v.

MAGISTRATE DIANE J. DUPREE, Denver District Court,

    Defendant.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on June 13, 2008 (Doc 17). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: July 11, 2008